FILED

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10

11    Plaintiff,                     CASE NO. _____

12    vs.                            PRISONER'S                        SI
                                     APPLICATION TO PROCEED
13                                   IN FORMA PAUPERIS
                                                                       (PR)
14    Defendant.

15

16    I, ELLIOTT HORN, declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22         In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes ____  No ✓

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____  Net: _____

27    Employer: _____

28    _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  NAPA STATE HOSPITAL

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.      Business, Profession or               Yes ____  No ✓

10             self employment

11      b.      Income from stocks, bonds,           Yes ____  No ✓

12             or royalties?

13      c.      Rent payments?                       Yes ____  No ✓

14      d.      Pensions, annuities, or              Yes ____  No ✓

15             life insurance payments?

16      e.      Federal or State welfare payments,   Yes ____  No ✓

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                         Yes ____  No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?    Yes ___ No _✓_

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes ___ No _✓_

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No __✓__ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account? Yes _____ No _✓_ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ___ No _✓_ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No _✓_

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   Name of Account          Monthly Payment          Total Owed on This Acct.

26   _____    $ _____    $ _____

27   _____    $ _____    $ _____

28   _____    $ _____    $ _____

1   9.    Do you have any other debts? (List current obligations, indicating amounts and to

2   whom they are payable. Do not include account numbers.)

3   _____

4   _____

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ___   No √

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _6/11/08._____        _Elliott Hotd_____

17        DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _____ and the average balance in the prisoner's

account each month for the most recent 6-month period was $_____.


Dated: 6/11/08.
                                    _____
                                    [Authorized officer of the institution]

the Trust office Refused to Reply
OR ACKNowLedge this Form, therefore
I ASK the Court to please except
my Proposal for Payment. I CAN PAY
40 DoLLArs a month twords the $ 350
FiLeiNG fee. my ~~address~~ mom & DAD
AGreed to HeLP. (510) 437-9336
mR. mRs. HoRn. Oretha Horn   LAWSON
Ellcott Horn.                      Horn.

-5-