UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT HORN,  No. C 08-2687 SI (pr)

    Plaintiff,  **JUDGMENT**

    v.

ED FOULK; et al.,

    Defendants.
                               /

       This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application.

       IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2008                  _____
                                                      SUSAN ILLSTON
                                                    United States District Judge